# Sills Cummis & Gross
A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Richard J. Sapinski**
**Member**
**Admitted In NJ**
**Direct Dial: 973-643-5975**
**Email: rsapinski@sillscummis.com**

100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

January 15, 2020

**VIA ECF**

The Honorable Joseph A. Dickson, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

  Re: *United States of America v. David Moser, et al.*
     No. 2:17-cv-02891-KM-JAD

Dear Judge Dickson:

  This office represents defendants David Moser and John Moser, co-executors of the Estate of Walter Moser (collectively, "Defendants"). Defendants write to request a ten-day extension of the briefing schedule set by the Court (*see* ECF No. 43) relating to plaintiff United States of America's ("Plaintiff") motion for summary judgment and Defendants' opposition to Plaintiff's motion for summary judgment. Due to the onset of the flu season and its effects, I respectfully request a ten-day extension of the briefing schedule with Defendants' opposition brief being due on or before January 27, 2020 and Plaintiff's reply brief being due on or before February 10, 2020. Plaintiff's counsel has consented to this request.

  We thank the Court for considering this request.

                Respectfully submitted,

                 /s/Richard J. Sapinski

                Richard J. Sapinski

cc: Ari Kunofsky, Esq. (via ECF)