Richard J. Sapinski
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Defendants John Moser
And David Moser, Co-Executors of the
Estate of Walter Moser*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action No. 2:17-CV-02891-KM-JAD |
| Plaintiff, | : | |
| vs. | : | **ORDER EXTENDING TIME TO FILE DEFENDANTS' OPPOSITION BRIEF** |
| DAVID MOSER And JOHN MOSER, Co-Executors Of The Estate of Walter Moser, | : | |
| Defendants. | : | |

THIS MATTER having been brought to the Court by Defendants David Moser and John Moser ("Defendants"), by and through its counsel's, Sills Cummis & Gross, P.C., letter dated January 15, 2020 asking for a ten day extension of time to file Defendants' response to plaintiff United States of America's ("Plaintiff") motion for summary judgment; and there being no objection from Plaintiff to granting the extension of time; and for other good cause shown,

IT IS on this 16th day of January, 2020, ORDERED that:

1. Defendants' time to file their opposition has been extended to January 27, 2020.

2. Plaintiff's time to file its reply has been extended to February 10, 2020.

_____
Hon. Joseph A. Dickson, U.S.M.J.

Dated: